

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/22/2015 10:27:42 AM
CHRISTOPHER A. PRINE
Clerk

# John D. Kinard

**DISTRICT CLERK**
**GALVESTON COUNTY, TEXAS**

May 22, 2015

First Court of Appeals
Christopher A Prine Clerk of Court
301 Fannin, 2nd floor
Houston, TX 77002-2066

## NOTICE OF ASSIGNMENT ON APPEAL

IN RE: Cause No**. 14-CV-1206,** Styled **Jose Martinez vs. University of Texas Medical Branch-** Filed in **405th District Court** of Galveston County, Texas

Dear Clerk:

Please find enclosed a copy of the notice of appeal filed in the above case. This case is assigned to the **1st** Court of Appeals, Houston, Texas.

Please note the following information:
Date of Appealable Order or Judgment: **February 25, 2015**
Notice of Appeal: **May 21, 2015**
Motion for New Trial filed: **March 30, 2015**
Request for Finding of Facts and Conclusions of Law filed: **None**
Trial Judge: **Michelle Slaughter**
Court Reporter: **Cylena Korkmas**

**Request is hereby made that all parties immediately file any designation of material to be included in the Clerk's record**. Any Motions for Extension of Time to file the record on appeal must be filed directly with the Court of Appeals A copy of this assignment letter is being mailed to all counsel of record. Please file mark the additional copy of this letter and return the same to my office.

Sincerely,

**John D. Kinard**
**District Clerk**
**Galveston County, Texas**

By: /s/ Shailja Dixit**,** Deputy

*600 59th Street, Room 4001, Galveston County Justice Center, Galveston, Texas 77551-2388*

*Phone (409) 766-2424 Fax (409) 766-2292*

Copy sent to



Jose Martinez, Pro Se
TDCJ-ID #1678508
Wayne Scott Unit
6999 Retrieve
Angleton, TX  77515




Kyle Smith
Attorney for UTMB
P. O. Box 12548, Capitol Station
Austin, TX  78711




Cylena Korkmas, Court Reporter
Hand-Delivered

Cause No. 14-CV-1206

Jose Martinez,    §    In The District Court of
    Plaintiff,    §
        §
v.    §    Galveston County, Texas
        §
UTMB,    §
    Defendant.    §    405th Judicial District

15 MAY 21 AM 11:47

### NOTICE OF APPEAL

Plaintiff Jose Martinez, acting pro se, hereby file this timely notice of appeal under Rule 25.1 of the Texas Rules of Appellate Procedure, and shows the following:

1. The case is filed in the 405th Judicial District Court of Galveston County, Texas, Cause Number 14-CV-1206, styled Jose Martinez vs. UTMB.

2. An Order of Dismissal and Final Judgment was signed and entered on February 25, 2015, in which the Plaintiff's case was dismissed.

3. Plaintiff desires to appeal the ruling/order of the district court.

4. The appeal in this case is taken in the First or Fourteenth Court of Appeals in Houston, Texas.

5. Jose Martinez is the party filing the notice of appeal.

6. The appeal is also filed pursuant to Rule 26.1 (TRAP).

Respectfully submitted,

*Jose Martinez*

Jose Martinez
TDCJ-ID #1678508
Wayne Scott Unit
6999 Retrieve
Angleton, TX   77515

May 15, 2015

14-CV-1206
DCNOA
Notice of Appeal
1041112